# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-3398
_____

WOODLAND GROVE HEALTH &
REHABILITATION CENTER,

Appellant,

v.

KENNETH LOVING,

Appellee.

_____

On appeal from the Department of Children and Families.
Paula Ali, Hearing Officer.

April 17, 2019

PER CURIAM.

AFFIRMED.

B.L. THOMAS, C.J., and KELSEY and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Thomas W. Caufman of Quintairos, Prieto, Wood & Boyer, P.A., Tampa, for Appellant.

No appearance for Appellee.